## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| ANTHONY PAUL URGO, | ) Case No. 18-34421 |
| | ) |
| Debtor. | ) Honorable LaShonda A. Hunt |
| | ) |
| | ) Hearing Date: March 14, 2019 |
| | ) Hearing Time: 10:00 a.m. |

### NOTICE OF MOTION

TO:   See Attached Certificate of Service

   PLEASE TAKE NOTICE that on **March 14, 2019 at 10:00 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the **Honorable LaShonda A. Hunt**, Bankruptcy Judge in **Room 719** of the United States Bankruptcy Court for the Northern District of Illinois, 219 S. Dearborn St., Chicago, Illinois, and shall then and there present the attached **MOTION FOR SUBSTITUTION OF ATTORNEY**, a copy of which is attached and served upon you.

                    Respectfully submitted,

                    ANTHONY PAUL URGO

                    By   /s/ Robert W. Glantz
                         One of its attorneys

Robert W. Glantz (IL ARDC 6201207)
Fox Rothschild LLP
321 North Clark Street, Suite 800
Chicago, IL  60654
rglantz@foxrothschild

185763\90259306

# **CERTIFICATE OF SERVICE**

Robert W. Glantz, an attorney, certifies that he caused to be served a true copy of the above and foregoing notice and attached pleading on the Electronic Mail Notice List through the ECF Systems which sent notification of such filing via electronic means or via prepaid United States First Class Mail, as indicated on March 12, 2019.

/s/ *Robert W. Glantz*
Robert W. Glantz

**Mailing Information for Case 18-34421**
**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Tejal S. Desai    tdesai@llflegal.com
- Bradley H Foreman    Brad@BradleyForeman.com
- Robert W Glantz    rglantz@foxrothschild.com, orafalovsky@foxrothschild.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Philip V Martino    philip.martino@quarles.com, pmartino@ecf.epiqsystems.com;jenny.fik@quarles.com;colleen.greer@quarles.com;wemet@quarles.com
- Charles T Newland    chuck@cnewlandassociates.com, nick@cnewlandassociates.com;laura@cnewlandassociates.com;assistant@cnewlandassociates.com;david@cnewlandassociates.com;newlandcr66858@notify.bestcase.com
- Richard A. Saldinger    rsaldinger@llflegal.com

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| ANTHONY PAUL URGO, | ) Case No. 18-34421 |
| | ) |
| Debtor. | ) Honorable LaShonda A. Hunt |
| | ) |
| | ) Hearing Date: March 14, 2019 |
| | ) Hearing Time: 10:00 a.m. |

### MOTION OF ANTHONY PAUL URGO FOR SUBSTITUTION OF ATTORNEY

NOW COMES Anthony Paul Urgo (the "Debtor") by and through his attorney, Robert W. Glantz, and in support of its motion, the Debtor respectfully states as follows:

1. This Court has jurisdiction to hear this matter and enter a final order granting the relief requested herein pursuant to 28 U.S.C. §§ 157 and 1334 and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois. Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

2. On or about December 12, 2108, the Debtor filed a voluntary bankruptcy petition under Chapter 7 of the code (the "Case").

3. The Debtor retained Charles T. Newland to represent him in his Case.

4. Based on irreconcilable differences between the parties, the Debtor has terminated its engagement of Mr. Newland.

5. On February 26, 2019, the Debtor retained Robert W. Glantz and Fox Rothschild LLP ("Fox Rothschild") as counsel in connection with this matter.

6. The Debtor requests that the Court grant leave for Mr. Glantz and Fox Rothschild to substitute for Mr. Newland as counsel of record in this matter.

WHEREFORE, the Debtor requests that the Court enter an order substituting Robert W. Glantz and Fox Rothschild LLP, as counsel for the Debtor, and granting such other relief as the Court deems just.

Dated: March 12, 2019                    Respectfully submitted,

                                                        ANTHONY PAUL URGO

                                                       By  /s/ Robert W. Glantz
                                                            One of his attorneys

Robert W. Glantz (#6201207)
Fox Rothschild LLP
321 North Clark Street, Suite 800
Chicago, IL  60654
312-541-0151
rglantz@foxrothschild.com

185763\90259306