UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 18-34421 |
| ANTHONY PAUL URGO | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable LaShonda Hunt |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

# ORDER AUTHORIZING EMPLOYMENT OF ATTORNEYS FOR TRUSTEE RETROACTIVE TO JULY 19, 2019

This matter coming on to be heard on the application of Philip V. Martino, Trustee herein, for the entry of an order authorizing him to employ Philip V. Martino, Hailey A. Varner, and the law firm of Quarles & Brady LLP, as his attorneys in this case retroactive to July 19, 2019 (all capitalized terms used but not defined in this Order shall have the meanings ascribed to them in the Motion); sufficient notice of the Motion having been provided to all parties entitled thereto, and no other or further notice being required; the Court (a) having reviewed (i) the Motion and (ii) the Affidavit of Philip V. Martino, a partner in the law firm of Quarles & Brady LLP ("Q&B"), attached to the Motion as Exhibit A (the "Martino Affidavit") and (b) having heard the statements of counsel in support of the relief requested in the Motion at a hearing before the Court (the "Hearing"); the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois, and (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. Philip V. Martino, Trustee herein, is authorized to employ Philip V. Martino, Hailey A. Varner, and the law firm of Quarles & Brady LLP, as his attorneys retroactive to July 19, 2019.

3. Q&B is hereby authorized to perform any and all legal services for Trustee that are necessary or appropriate in connection with this chapter 7 case (excepting time required to prepare and attend hearing on this motion).

4. Q&B shall be compensated for such services and reimbursed for any related expenses in accordance with applicable provisions of the Code, the Bankruptcy Rules, the local rules of this Court, and any applicable orders of this Court.

5. This order is effective immediately.

|  | Enter: *LaShonda A. Hunt* (signature) |
|---|---|
|  | Honorable LaShonda A. Hunt |
| Dated: August 28, 2019 | United States Bankruptcy Judge |

**Prepared by:**

Philip V. Martino
Hailey A. Varner
QUARLES & BRADY LLP
300 N. LaSalle Street, Suite 4000
Chicago, Illinois 60654-3406
(312) 715-5000